# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Oxford Global Resources LLC | 11/25/2022 | 266311 | Check | $ 5,200.00 |
| Akorn Operating Company, LLC | Oxford Global Resources LLC | 12/5/2022 | 266441 | Check | $ 9,360.00 |
| | | | | | $ 14,560.00 |